UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nicholas Laudato, Administrator
of Estate of Pat Tisdale and Personal
Representative of Pat Tisdale,

    Plaintiff,

        v.                        Case No. 1:23cv661

Diversicare Leasing, LP, D/B/A
and A/K/A Best Care Nursing
and Rehabilitation Center, *et al.*,

    Defendants.

## AMENDED CALENDAR ORDER

Pursuant to the Joint Motion for Hearing (Doc. 14) and request by the parties during the status conference held on September 9, 2024, this case shall proceed as follows:

1. Telephone Status Conference[1]: **January 15, 2025, at 11:00 A.M.**

2. Deadline for Defendant to file motion to stay: **January 31, 2025**

3. Deadline for disclosure of expert witnesses and submission to expert reports:

    Plaintiff's expert report(s): **January 3, 2025**
    Defendants' expert report(s): **February 28, 2025**

3. Deadline for motions related to pleadings: **March 31, 2025**

4. Dispositive motions deadline: **March 31, 2025**

5. Discovery deadline[2]: **May 1, 2025**

6. Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

---

[1] Parties shall refer to entry on 9/9/2024 for conferencing instructions. Instructions shall be used each time the Court conducts a telephone conference.

[2] Counsel shall not presume that a pending motion stays their obligation to complete discovery by these dates.

7. Final pretrial conference:  **September 3, 2025, at 10:30 AM by Teleconference**

8. Jury Trial:  **November, 2025, in Room 109**

   **IT IS SO ORDERED.**

*s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court
